AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| JUSTIN TRUDEAU<br><br>Plaintiff(s)<br>v.<br>UNIVERSITY OF NORTH TEXAS, by and through its Board of Regents<br><br>Defendant(s) | Civil Action No. 4:19CV00723 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Nancy S. Footer
Office of General Counsel
Vice Chancellor
University of North Texas
UNT System Building, 751
1901 Main Street
Dallas, TX 75201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael P. Kelly
P.O. Boxc 150589
Dallas, TX 75315

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: __11/5/19__    *David A. O'Toole*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:19CV00723

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Nancy S. Footer

was received by me on *(date)* 11/5/19, 4:00 PM

☒ I personally served the summons on the individual at *(place)* 1901 Main St., Dallas, TX 75201
on *(date)* 11/6/19, 11:30 AM ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 11/6/19

*Server's signature* — PSC 2201, Exp. 9/30/20

Guy C. Connelly, Process Server
*Printed name and title*

2701 W. 15th Street, Plano, TX 75075
*Server's address*

Additional information regarding attempted service, etc: