AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| JUSTIN TRUDEAU | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 4:19CV00723 |
| UNIVERSITY OF NORTH TEXAS, by and through its Board of Regents | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Neal J. Smatresk
President
University of North Texas
Hurley Admin. Bldg., Room 201
1501 W. Chestnut Street
Denton, TX 76201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael P. Kelly
P.O. Boxc 150589
Dallas, TX 75315

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: __11/14/19__      David A. O'Toole

*Signature of Clerk or Deputy Clerk*

Case 4:19-cv-00723-RWS   Document 7   Filed 12/09/19   Page 2 of 2 PageID #: 37

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:19CV00723

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Neal J. Smatresk, President, University of North Texas__
was received by me on *(date)* __11/14/19, 4:00 PM__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

X I served the summons on *(name of individual)* __Ruby Raines, Executive Assistant__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __Neal J. Smatresk,__
__President, University of North Texas__  on *(date)* __11/19/19, 10:00 AM__; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __11/19/19__

_Server's signature_ PSC 2201, Exp. 9/30/20

__Guy C. Connelly, Process Server__
*Printed name and title*

__2701 W. 15th Street, Plano, TX 75075__
*Server's address*

Additional information regarding attempted service, etc: