## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| JUSTIN TRUDEAU, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 4:19-cv-00723 |
| | § | |
| UNIVERSITY OF NORTH TEXAS, | § | |
| by and through its Board of Regents, | § | |
| EVE BELL, in her Individual and | § | |
| Official Capacities; CHRISTINA | § | |
| BRODIE, in her Individual and | § | |
| Official Capacities; and BRIAN | § | |
| RICHARDSON, in his Official | § | |
| Capacity, | § | |
| *Defendants*. | § | |

## JOINT NOTICE REGARDING MEDIATION

Defendants, the University of North Texas ("UNT"), Eva Bell in her individual and official capacities, Christina Brodie, in her individual and official capacities, and Brian Richardson, in his official capacity, and Plaintiff, Justin Trudeau (collectively, the "Parties"), file this Joint Notice Regarding Mediation pursuant to the Court's Docket Control Order issued January 10, 2020 (Dkt. 16).

Parties conferred on February 13, 2020 and do not agree to mediation at this time but agree to revisit the topic of mediation after the case progresses further.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER

First Assistant Attorney General

DARREN L. MCCARTY
Deputy Attorney General for Civil Litigation

THOMAS A. ALBRIGHT
Chief, General Litigation Division

*/s/ Matthew Bohuslav*
MATTHEW BOHUSLAV
Texas Bar No. 24069395
Assistant Attorney General
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: 512-463-2120
Fax: 512-320-0667
matthew.bohuslav@oag.texas.gov
***Attorneys for Defendants UNT, Eva Bell,
and Brian Richardson***

*/s/ Rola Daaboul*
**Rola Daaboul**
Texas Bar No. 24068473
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 936-1322
FAX: (512) 320-0667
e-mail: rola.daaboul@oag.texas.gov
***Attorneys for Christina Brodie***


/s/ Michael P. Kelly
MICHAEL P. KELLY
The Law Office of Michael P. Kelly
PO Box 150589
Dallas, Texas 75315
Telephone (214) 821-7255
Facsimile (214) 821-7251
mptkelly@sbcglobal.net
***Attorney for Plaintiff***

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of February 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which automatically provided notice to the following CM/ECF participants:

Michael Patrick Kelly
Law Office
PO Box 150589
Dallas, Texas 75315
mptkelly@sbcglobal.net
***Attorney for Plaintiff***

*/s/ Matthew Bohuslav*
MATTHEW BOHUSLAV
Assistant Attorney General