IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JUSTIN TRUDEAU, | § | |
|    *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 4:19-cv-00723 |
| | § | |
| UNIVERSITY OF NORTH TEXAS, | § | |
| by and through its Board of Regents, | § | |
| EVE BELL, in her Individual and | § | |
| Official Capacities; CHRISTINA | § | |
| BRODIE, in her Individual and | § | |
| Official Capacities; and BRIAN | § | |
| RICHARDSON, in his Official | § | |
| Capacity, | § | |
|    *Defendants*. | § | |

## DEFENDANTS' NOTICE OF ADDITIONAL DISCLOSURES

Pursuant to the Court's Discovery Order, and Local Rule CV-26(c), Defendants, University of North Texas ("UNT"), Eva Bell in her individual and official capacities, Christina Brodie, in her individual and official capacities, and Brian Richardson, in his official capacity (collectively "Defendants"), file this Notice of Disclosure confirming that on February 28, 2020 the service of Defendants' Additional Disclosures was made.

                                            Respectfully submitted,

                                            KEN PAXTON
                                            Attorney General of Texas

                                            JEFFREY C. MATEER
                                            First Assistant Attorney General

DARREN L. MCCARTY
Deputy Attorney General for Civil Litigation

THOMAS A. ALBRIGHT
Chief, General Litigation Division

*/s/ Matthew Bohuslav*
MATTHEW BOHUSLAV
Texas Bar No. 24069395
Assistant Attorney General
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: 512-463-2120
Fax: 512-320-0667
matthew.bohuslav@oag.texas.gov
***Attorneys for Defendant UNT, Eve Bell, and Brian Richardson***

/s/ Rola Daaboul
ROLA DAABOUL
Texas Bar No. 24068473
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: (512) 936-1322
Fax: (512) 320-0667
rola.daaboul@oag.texas.gov
***Attorneys for Defendant Christina Brodie***

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 6th day of March 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which automatically provided notice to all counsel of record.

                                    */s/ Matthew Bohuslav*
                                    MATTHEW BOHUSLAV
                                    Assistant Attorney General