**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **JUSTIN TRUDEAU,** | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 4:19-cv-00723 |
| | § | |
| **UNIVERSITY OF NORTH TEXAS,** | § | |
| **by and through its Board of Regents,** | § | |
| **EVE BELL, in her Individual and** | § | |
| **Official Capacities; CHRISTINA** | § | |
| **BRODIE, in her Individual and Official** | § | |
| **Capacities; and BRIAN** | § | |
| **RICHARDSON, in his Official** | § | |
| **Capacity,** | § | |
| *Defendants*. | § | |

**DEFENDANTS' AMENDED NOTICE OF APPEARANCE OF COUNSEL**

TO THE HONORABLE JUDGE ROBERT W. SCHROEDER, III:

Defendant Christina Brodie, in her individual and official capacity, (collectively, the "Defendant or Brodie"), files this Notice of Appearance and in support thereof shows the following:

Defendants notify the Court that Rola Daaboul, Assistant Attorney General, will appear as counsel in this matter. Ms. Daaboul is a member in good standing with the State Bar of Texas, and her information is below. UNT respectfully requests that any future correspondence and pleadings be sent to Ms. Daaboul.

DATE: June 24, 2020                                   Respectfully submitted.

        KEN PAXTON
        Attorney General of Texas

        JEFFREY C. MATEER
        First Assistant Attorney General

        DARREN L. MCCARTY
        Deputy Attorney General for Civil Litigation

        THOMAS A. ALBRIGHT
        Chief, General Litigation Division

        */s/ Rola Daaboul*
        **ROLA DAABOUL**
        Assistant Attorney General
        State Bar No. 24068473
        Southern Bar No: 1813386
        Office of the Attorney General
        P.O. Box 12548, Capitol Station
        Austin, Texas 78711-2548
        (512) 936-1322
        (512) 320-0667 (FAX)
        rola.daaboul@oag.texas.gov
        **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

      I certify that a copy of the foregoing was served via ECF, on this the **24th day of June 2020**, upon the following individual at the listed address:

Michael Patrick Kelly
Law Office
PO Box 150589
Dallas, Texas 75315
(214) 821-7255
(214) 821-7251 Fax
mptkelly@sbcglobal.net

        */s/ Rola Daaboul*
        ROLA DAABOUL

2