# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| JUSTIN TRUDEAU, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> UNIVERSITY OF NORTH TEXAS, BY § <br> AND THROUGH ITS BOARD OF § <br> REGENTS; et al.; § <br> § <br> Defendants. § | CIVIL ACTION NO.  4:19-CV-00723-RWS |

## ORDER

Before the Court is Defendants' Unopposed Motion to Appear Telephonically (Docket No. 39).  Having considered the motion, and because Plaintiff Justin Trudeau does not oppose the requested relief, the Court finds that good cause supports the motion and that it should be **GRANTED**.  It is therefore

**ORDERED** that the July 7, 2020, hearing on Defendants' motion to dismiss Trudeau's second amended complaint shall be held telephonically.  The Court shall contact the parties to provide dial-in information for the hearing no more than 24 hours beforehand.

**So ORDERED and SIGNED this 1st day of July, 2020.**

*[signature: Robert W. Schroeder III]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE