IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JUSTIN TRUDEAU, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:19-CV-00723-RWS |
| | § | |
| UNIVERSITY OF NORTH TEXAS, EVE BELL, CHRITINA BRODIE, and BRIAN RICHARDSON, | § § § § | |
| | § | |
| Defendants. | § | |

**PLAINTIFF'S NOTICE OF APPEAL**

Comes now Plaintiff, Justin Trudeau, and files this his Plaintiff's Notice of Appeal of the Court's Orders dated April 20, 2020 **[Dkt. 31]** and July 14, 2020 **[Dkts. 42, 43]**, both relating to Defendants' Motions to Dismiss.

This appeal is being taken to the United States Court of Appeals for the Fifth Circuit.

Respectfully submitted,

*/s/ Michael P. Kelly*
Michael P. Kelly
Texas State Bar No. 11227280
Email: mptkelly@sbcglobal.net

Law Office of Michael P. Kelly
P.O. Box 150589
Dallas, Texas 75315
214.821.7255
214.821.7251 (fax)

Attorney for Plaintiff/Appellant
Justin Trudeau

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing instrument was served on all counsel of record via ECF electronic delivery on August 10, 2020.

*/s/ Michael P. Kelly*
Michael P. Kelly
