# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 08, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 20-40532   Trudeau v. Univ of N TX
                  USDC No. 4:19-CV-723

The court has granted in part an extension of time to and including February 26, 2021 for filing a reply brief in this case.

                                       Sincerely,

                                       LYLE W. CAYCE, Clerk

                                       *Christina Rachal*
                                   By: _____
                                   Christina C. Rachal, Deputy Clerk
                                   504-310-7651

Mr. Matthew Tyler Bohuslav
Ms. Rola Daaboul
Mr. Michael Patrick Kelly
Mr. David O'Toole